IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01376-PAB-KLM

FREDDIE K. MARTIN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENNIS J. GALLAGHER, Office of the Auditor, in his Official Capacity,
AUDIT SERVICES OF AUDITOR'S OFFICE, and
CAREER SERVICE AUTHORITY,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Opposed (in part) Motion for Leave to File Second Amended Complaint** [Docket No. 21; Filed September 25, 2012] (the "Motion to Amend") and on Plaintiff's **Unopposed (in part) Motion for Extension of Time to Amend Second Complaint** [Docket No. 23; Filed September 25, 2012] (the "Motion to Extend").

    IT IS HEREBY **ORDERED** that the Motion for Leave [#21] is **DENIED without prejudice**. If Plaintiff, who proceeds in this matter *pro se*, is seeking leave to file an Amended Complaint, he must file a motion which complies with the federal and local rules, namely, Fed. R. Civ. P. 15, and which includes the proposed Amended Complaint as a document separate from the Motion. The Court will not permit piecemeal adjudication of Plaintiff's case, thus Plaintiff must include all claims he seeks to bring and defendants he intends to name in the proposed Amended Complaint.

    IT IS FURTHER **ORDERED** that the Motion to Extend [#23] is **GRANTED**. Plaintiff shall file a Motion to Amend along with his proposed Second Amended Complaint **on or before October 25, 2012**. The Court will set a schedule for answers or other responsive pleadings and for the exchange of initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) after resolution of the Motion to Amend.

    IT IS FURTHER **ORDERED**, *sua sponte,* that the Scheduling/Planning Conference

set for October 11, 2012 at 11:00 a.m. is **VACATED** and **RESET** to **January 10, 2013** at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

If this date is not convenient for any counsel/pro se party, he/she shall **file a motion** to reschedule the conference to a more convenient date, and shall list dates in the motion which are available for all counsel/pro se parties.

**The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling/Planning Conference.**

No later than five (5) calendar days prior to the Scheduling/Planning Conference, counsel/pro se parties shall submit their proposed Scheduling Order in the format available on the Court's website at: www.cod.uscourts.gov under magistrate judges forms in compliance with the Court's Electronic Case Filing Procedures which are available on the Court's website.

All out-of-state counsel shall comply with D.C.COLO.LCivR 83.3 before the Scheduling/Planning Conference.

The parties shall comply with all other requirements in the Order Setting Scheduling/Planning Conference [#15].

Dated:  September 25, 2012