IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01376-PAB-KLM

FREDDIE K. MARTIN,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENNIS J. GALLAGHER, Office of the Auditor, in his official and individual capacities,
DAWN SULLEY, Deputy City Auditor, in her official and individual capacities,
KIP MEMMOTT, Director of Audit Services, in his official and individual capacities,
JOHN CARLSON, Deputy Director of Audit Services, in his official and individual capacities,
DAWN HUMES, Internal Audit Supervisor, in her official and individual capacities,
AUDIT SERVICES OF AUDITOR'S OFFICE,
BLAIR MALLOY, CSA Senior Human Resource Professional, in her official and individual capacities,
BRUCE PLOTKINS, CSA Hearing Officer, in his official and individual capacities, and
CAREER SERVICE AUTHORITY,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendants **Unopposed Motion to Vacate Scheduling Conference** [Docket No. 62; Filed March 21, 2013] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#62] is **GRANTED**. The Scheduling Conference set for April 10, 2013 at 10:00 a.m. is **VACATED**. It shall be reset if necessary after final disposition of the pending dispositive motions.

     Dated:  March 22, 2013