IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01376-PAB-KLM

FREDDIE K. MARTIN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENNIS J. GALLAGHER, Office of the Auditor, in his official and individual capacities,
DAWN SULLEY, Deputy City Auditor, in her official and individual capacities,
KIP MEMMOTT, Director of Audit Services, in his official and individual capacities,
JOHN CARLSON, Deputy Director of Audit Services, in his official and individual capacities,
DAWN HUMES, Internal Audit Supervisor, in her official and individual capacities,
AUDIT SERVICES OF AUDITOR'S OFFICE,
BLAIR MALLOY, CSA Senior Human Resource Professional, in her official and individual capacities,
BRUCE PLOTKINS, CSA Hearing Officer, in his official and individual capacities, and
CAREER SERVICE AUTHORITY,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Order to Cease Indexing Name** [#93] (the "Motion for Order") and on Plaintiff's Motion to Seal [#95]. This case was closed on January 14, 2014. *Minute Order* [#92]. In the Motion for Order [#93], Plaintiff seeks an order against Versus Law dba FindaCase ("FindaCase") to cease indexing his name on Bing search engines. Although the Motion is unclear, Plaintiff seems to state that he does not oppose FindaCase maintaining the case caption and related documents in its database, so long as his name cannot be found by the internet search engine Bing. However, this case is closed, and FindaCase is not and never was a party to this lawsuit. The Court has no jurisdiction over the company to order it to do anything. Further, in regard to the Motion to Seal [#95], Plaintiff has not followed the mandates of D.C.COLO.LCivR 7.2 in order to restrict any document from this lawsuit, not to mention the fact that Plaintiff has failed to specify any particular documents that he feels should be restricted.

    IT IS HEREBY **ORDERED** that the Motions [#93, #95] are **DENIED**.

    Dated: May 27, 2014